**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| MARTIN GOMEZ, | |
| Plaintiff, | 2:13-cv-01570-JAD-VCF |
| vs. | |
| SUZUKI MOTOR CORPORATION, *et al.*, | **MINUTE ORDER** |
| Defendants. | |

Before the court is Defendants' Request for Telephonic Appearance (#27).

**Background:**

The complaint was filed on August 29, 2013. (#1). Defendant Suzuki Motor of America, Inc. filed its Answer to Plaintiff's Complaint on January 17, 2014. (#9). On March 14, 2014, the court granted the time to serve Defendant Suzuki Motor Corporation to August 8, 2014 and a status check was set for August 15, 2014. (#14). On May 28, 2014, Defendant Suzuki Motor Corporation filed its Answer to Plaintiff's Complaint. (#21). The discovery plan and scheduling order was entered on July 28, 2014. (#26). Defendants' instant motion for telephonic appearance at the status conference was filed on August 8, 2014. (#27).

The status conference was initially scheduled for the purpose of following up on the service of process on Defendant Suzuki Motor Corporation. Since Defendant Suzuki Motor Corporation has answered the complaint and filed a Joint Discovery Plan and Scheduling Order, the need to hold the status conference no longer exists.

Accordingly,

IT IS HEREBY ORDERED that the status conference scheduled for August 15, 2014 is VACATED.

IT IS FURTHER ORDERED that the Defendants' Request for Telephonic Appearance (#27) is DENIED as MOOT.

IT IS SO ORDERED.

Dated this 11th day of August, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE